UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

David Converse,

                Plaintiff(s),        Case No.: 14-cv-650-GKF-PJC

v.

State Farm Fire and Casualty Company,

                Defendant(s)

### SUPPLEMENTAL SETTLEMENT CONFERENCE REPORT

Per the advise of counsel for the Plaintiff(s) and Defendant(s), the parties have accepted the settlement recommendation of the undersigned. The Plaintiff(s) and Defendant(s) shall file the appropriate dismissal documents with the Court by 12/22/15.

**SO ORDERED** this 8th day of December, 2015

                                          T. Lane Wilson
                                          U.S. Magistrate Judge