IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) DAVID CONVERSE, )
)
Plaintiff, )
)
vs. ) Case No. 14-CV-650-GKF-PJC
)
(1) STATE FARM FIRE AND CASUALTY )
COMPANY, )
)
Defendant. )

## STIPULATION OF DISMISSAL

Plaintiff and Defendants by counsel pursuant to Fed. R. Civ. P. 41(a)(ii), stipulate that all of Plaintiff's claims against Defendant, State Farm Fire and Casualty Company, in the above titled action are voluntarily dismissed with prejudice.

Respectfully submitted,

ATKINSON, HASKINS, NELLIS,
BRITTINGHAM, GLADD & FIASCO
A PROFESSIONAL CORPORATION

/s/ John G. Gladd
John S. Gladd, OBA #12307
525 South Main, Suite 1500
Tulsa, OK 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
Attorney for Defendant State Farm

/s/ Donald E. Smolen, II
Mr. Donald E. Smolen, II
Mr. Jack Beesley
Smolen, Smolen & Roytman, PLLC
701 S. Cincinnati Ave.
Tulsa, Oklahoma 74119
Attorneys for Plaintiff

S:\Files\416\255\DWP-djs.wpd